UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTONIO MONTEZ BAILEY, #336690,

    Petitioner,

v.                                  Case No. 2:11-cv-14680

LLOYD RAPELJE,

    Respondent.
_____/

**JUDGMENT**

In accordance with the court's "Opinion and Order Granting Respondent's Motion to Dismiss and Denying a Certificate of Appealability'" dated June 29, 2012,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Lloyd Rapelje and against Petitioner Antonio Montez Bailey. Dated at Detroit, Michigan, this 29th day of June 2012.

                                              DAVID J. WEAVER
                                              CLERK OF THE COURT


                                                S/Lisa Wagner
                                         By: Lisa Wagner, Case Manager
                                           to Judge Robert H. Cleland